# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| ARIEL ANTONIO MARTINEZ <br><br> Plaintiff, <br><br> v. <br><br> DIMATT, LLC, DIEGO ALZATE, and LAURA SALAMANCA <br><br> Defendants | **ANSWER** <br><br> Case No.: 3:25-CV-01705-MAS-RLS |

Defendants DiMatt LLC, Diego Alzate, and Laura Salamanca (collectively

"Defendants") respond to the Complaint filed by plaintiff Ariel Antonio Martinez ("Martinez"),

as follows:

1.      Denied.  DiMatt LLC was dissolved on May 15, 2025 and has no assets.

2.      Defendants admit that Plaintiff was employed for a few months in 2024.

3.      This paragraph requires no response.

4.      This paragraph requires no response.

5.      This paragraph requires no response.

6.      This paragraph requires no response.

7.      This paragraph requires no response.

8.      Defendants have no information as to this allegation and leave Plaintiff to his

proofs.

9.      Defendant Alzate currently lives in Florida.

10.     Defendant Salamanca currently lives in Florida.

11.    DiMatt LLC was a New Jersey LLC from May 2022 until May 2025.  It has been dissolved.

12.    Denied.

13.    Denied.

14.    This paragraph states a legal conclusion which requires no response.

15.    This paragraph states a legal conclusion which requires no response.

16.    Denied.

17.    This paragraph states a legal conclusion which requires no response.

18.    Denied.

19.    Denied.  The business is no longer operating.

20.    Denied.

21.    Denied.

22.    Denied.

23.    Denied.

24.    Denied.

25.    This paragraph states a legal conclusion which requires no response.

26.    Denied.

27.    Denied.

28.    Denied.

29.    Denied.

30.    Denied.

31.    Denied.

32.    Denied.

33. Denied. The business is no longer operating.

34. Denied.

35. Denied.

36. Denied.

37. Denied.

38. Denied.

39. This paragraph states a legal conclusion which requires no response.

40. Denied.

41. Denied.

42. Denied.

43. Denied.

44. Denied.

45. Denied.

46. Denied.

47. This paragraph states a legal conclusion which requires no response.

48. This paragraph states a legal conclusion which requires no response.

49. This paragraph states a legal conclusion which requires no response.

50. This paragraph states a legal conclusion which requires no response.

51. This paragraph states a legal conclusion which requires no response.

52. This paragraph states a legal conclusion which requires no response.

53. This paragraph states a legal conclusion which requires no response.

54. Denied.

55. Denied.

56.    Denied.

57.    Denied.

58.    Denied.

59.    Denied.

60.    Denied.

61.    Denied.

62.    Denied.

63.    Denied.

64.    Denied.

65.    Denied.

66.    Denied.

67.    Denied.

68.    Denied.

69.    Denied.

70.    Denied.

71.    Denied.

72.    Denied.

73.    Denied.

74.    This paragraph requires no response.

75.    This paragraph states a legal conclusion which requires no response.

76.    This paragraph states a legal conclusion which requires no response.

77.    This paragraph states a legal conclusion which requires no response.

78.    This paragraph states a legal conclusion which requires no response.

79.    This paragraph states a legal conclusion which requires no response.

80.    This paragraph states a legal conclusion which requires no response.

81.    This paragraph states a legal conclusion which requires no response.

82.    This paragraph states a legal conclusion which requires no response.

83.    This paragraph states a legal conclusion which requires no response.

84.    This paragraph states a legal conclusion which requires no response.

85.    This paragraph states a legal conclusion which requires no response.

86.     This paragraph states a legal conclusion which requires no response.

87.     This paragraph states a legal conclusion which requires no response.

88.     This paragraph states a legal conclusion which requires no response.

89.     This paragraph states a legal conclusion which requires no response.

90.     This paragraph states a legal conclusion which requires no response.

91.     This paragraph states a legal conclusion which requires no response.

92.     This paragraph states a legal conclusion which requires no response.

93.     This paragraph states a legal conclusion which requires no response.

94.     This paragraph states a legal conclusion which requires no response.

95.     This paragraph states a legal conclusion which requires no response.

96.     This paragraph states a legal conclusion which requires no response.

97.     This paragraph states a legal conclusion which requires no response.

98.     This paragraph states a legal conclusion which requires no response.

99.     This paragraph states a legal conclusion which requires no response.

100.    This paragraph states a legal conclusion which requires no response.

101.    This paragraph states a legal conclusion which requires no response.

102.    This paragraph states a legal conclusion which requires no response.

103.    This paragraph states a legal conclusion which requires no response.

104.    This paragraph states a legal conclusion which requires no response.

WHEREFORE, Defendants ask that judgment be rendered in favor of Defendants and against Plaintiff, together with attorney's fees, costs, and such other relief as this Court may deem equitable and just.

## AFFIRMATIVE DEFENSES

1.      The Complaint fails to state a cause of action for which relief may be granted.

2.      Plaintiff was an exempt employee who worked for a fixed salary.

3.      Plaintiff's claim is barred by the equitable doctrine of unclean hands.

LAW OFFICE OF HENRY M. PRICE

By: /s/  Henry M. Price, Esq.

5 Justin Drive
East Hanover, New Jersey  07936-2700
Telephone:      973-615-2858
Facsimile:      973-781-0714
Email:          hprice@hpricelaw.com

Counsel for DiMatt LLC, Diego Alzate, and
Laura Salamanca

Dated:  June 16, 2025